**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Scott v. Ebbert** | : | **CIVIL NO. 1:CV-10-2041** |
| | | : | |
| **Inmate:** | **Gerald Scott** | : | **(Judge Conner)** |
| | | : | |
| **ID Number:** | **59494-054** | : | |

## **ORDER**

On October 8, 2010, Gerald Scott, an inmate currently confined at the Victorville Federal Correctional Institution, Adelanto, California, filed the above civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis in a civil rights case. By Administrative Order dated October 8, 2010, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis and an authorization form. The appropriate forms were enclosed with the Order.

Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                               S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge

Dated:        November 19, 2010